1

2                    **UNITED STATES DISTRICT COURT**

3                    **EASTERN DISTRICT OF WASHINGTON**

4

5   JAMES BRAUHN,                    )
                                     )
6              Plaintiff,            )
                                     )          NO.  CV-08-0020-JPH
7        vs.                         )
                                     )          **JUDGMENT IN A**
8   MICHAEL J. ASTRUE,               )          **CIVIL CASE**
    Commissioner of Social Security, )
9                                    )
               Defendant.            )
10                                   )
    _____ )
11

12      **STIPULATION BY THE PARTIES:**

13          The parties have stipulated to the remand of the captioned matter pursuant to

14  sentence four of 42 U.S.C. § 405(g).

15      **IT IS ORDERED AND ADJUDGED** that:

16          The matter is **REMANDED** for additional proceedings pursuant to sentence

17  four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18  **CLOSED.**

19          DATED this 29TH day of July, 2008.

20                                      JAMES R. LARSEN
                                        District Court Executive/Clerk
21

22

23                                      by:  s/Pamela A. Howard
                                             Deputy Clerk
24

25

26  cc: all counsel